UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN AYERS, et al. | ) |
|          Plaintiffs, | ) |
| v. | ) Civil Action No. 18-00265 |
| ISLAMIC REPUBLIC OF IRAN | ) |
|          Defendants. | ) |

**NOTICE OF ENTRY OF APPEARANCE**

The Court will please enter the appearance of Tracy Reichman Kalik as additional counsel for the plaintiffs to receive electronic notifications in the above referenced matter through the Court's ECF filing system.

Dated: February 5, 2018

Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK P.C.
1146 19th Street, 5th Floor
Washington, DC  20036
Telephone:  202-463-1818
Telefax:  202-463-2999

By:  /s/ *Tracy Reichman Kalik*
   Tracy Reichman Kalik (No. 462055)