# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AYRES, et al.

      Plaintiffs

      v.                              CA No.1:18 CV 00265
                                                Judge Royce C. Lamberth

THE ISLAMIC REPUBLIC OF IRAN

      Defendant.

### **DECLARATION OF ISIAH J. YOUNG**

1. I am over the age of eighteen and am competent to testify to the facts and matters set forth herein. I am a plaintiff in this case.

2. I was born on September 12, 1980 on a marine base in Rota, Spain. I am and have been since birth a citizen of United States of America although now I am of dual nationality with the United Kingdom.

3. On October 23, 1983, my father, Virgil T. Young, Jr., was a member of the United States Marines, having enlisted in October 1981, and was stationed in Beirut, Lebanon.

4. My father was injured in the October 23, 1983 terrorist bombing of the Marine Barracks building in Beirut, Lebanon ("Marine Barracks Bombing").

5. I also suffered serious injuries as a result of the Marine Barracks Bombing that continue to affect me to this day. These injuries include, but are not limited to, mental anguish, and emotional distress. I suffered and continue to suffer because of the pain inflicted by those injuries.

6. I was three years whilst my father was stationed in Beirut Lebanon. My father did not return until December 1983 after the bombing.

Doc ID: 11e201e058fad74258fa36f5ab8b6af07d7e1bd2

7. Whilst my early months were spent in North Carolina, it was decided that my family unit would return to Philadelphia when my father was honorably discharged from the marines to be around a family support network.

8. After the Marine Barracks Bombing, my father returned as a different man; he returned as an aggressive, low motivated, hypervigilant man. The breakdown of my parent's relationship and family began. I witnessed and will never forget the violent arguments my parents had.

9. My father became reliant on drugs and alcohol to get him through his days and this heavily impacted parent's relationship and his relationship with me and my sister Chyla. He domestically abused my mother and was often violent in front of the two of us.

10. He was also aggressive towards my sister and me and needed to control our environment and what we did in it. This is when it became too much for my mother; we were all afraid of the man he had become.

11. Due to the fear, stress and anxiety I experienced, I used to wet the bed. My mother would try to reassure me, but my father would beat me if this happened. The wetting of the bed was due to him and fear.

12. My relationship with my father was seriously disrupted and damaged due to his Post Traumatic Stress Disorder which had not yet been diagnosed.

13. I also believe that the sense of rejection I felt from my father's lack of effort in my life played heavily into my own experience of poor self-image and feeds my internal self-doubt.

14. In 1986 in a bid to leave my father, my mother took us out of the country to visit my maternal grandmother for "a holiday" in Cheltham, England. Throughout my years of

growing up my mother used to say that she left him in that way because she was sure that he would not let us out of the country, and she feared for our safety.

15. There are clearly no certainties with marriage but until my father left for Beirut, my parents were happy, they had a home, their friends and family network were strong and they both enjoyed their work and lives.

16. Growing up I was consistently let down by my father, which I blame on the Marine Barracks Bombing and his PTSD. My father has always known where we were living after my mother left him but due to his illness, I believe he gave up on us. I used to wish that he would attempt to see us but he never tried. I didn't have the words to describe the disappointment that I felt - even now, I still remember it and feel the loss of those years.   Although we were estranged for several years, we did eventually re-connect through the efforts of my paternal grandmother, but those years will always be lost to me.

17. I was able obtain my bachelor's degree, then my master's degree. I became a Physical Education Teacher. Without sports I might not be healthy as I am today. It taught me to push past my circumstances.

18. I am currently learning through my personal therapy (psychodynamic counseling) ways to deal with family, anger and rejection. I now understand that I spent a lot of my childhood trying to cope with the longing and emptiness as a result of not having a good relationship with my father. I understand from my paternal grandmother that my father eventually sought help himself for his issues and he has been diagnosed with PTSD.

19. Had it not been for the love and sustained contact from my paternal grandmother, I don't believe that I would have had the opportunity to form the growing relationship that I have with my father today.

20. As a consequence to this situation, I remained in the United Kingdom. I have started a family and lived my life here while the whole paternal side of my family are hundreds of miles away. I have yet to visit my family in the United States. A few years ago my paternal grandmother passed away. Sadly, I was not able to go to her funeral and pay my respects. I hope to be able to visit my family in the United States as well as my father and form a new relationship with them and him.

**I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THIS DECLARATION IS TRUE AND CORRECT.**

12 / 21 / 2020
_____
Date

_____
Isiah J. Young