# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AYRES, et al.

      Plaintiffs

      v.                                 CA No.1:18 CV 00265
                                         Judge Royce C. Lamberth

THE ISLAMIC REPUBLIC OF IRAN

      Defendant.

**DECLARATION OF MISS CHYLA D. YOUNG**

Pursuant to the 28 U.S.C. §1746, Plaintiff Chyla D. Young, states the following:

1. I am over the age of eighteen and am competent to testify to the facts and matters set forth herein. I am a plaintiff in this case.

2. I was born on September 2, 1983 on a marine base in Jacksonville, North Carolina. I am, and have been since birth a citizen of United States of America, although now I am of dual nationality with the United Kingdom.

3. On October 23, 1983, my father, Virgil T. Young, Jr., was a member of the United States Marines, having enlisted in October 1981, and was stationed in Beirut, Lebanon.

4. My father was injured in the October 23, 1983 terrorist bombing of the Marine Barracks building in Beirut, Lebanon ("Marine Barracks Bombing").

5. I also suffered serious injuries as a result of the Marine Barracks Bombing that continue to affect me to this day. These injuries include, but are not limited to, post-traumatic stress disorder resulting in extraordinary grief, mental anguish, and emotional distress. I suffered and continue to suffer because of the pain inflicted by those injuries.

6. I was born in North Carolina whilst my father was stationed in Beirut Lebanon and did not meet my father until December 1983 when he returned after the bombing aftermath had subsided.

7. Whilst my early months were spent in North Carolina, it was decided that my family unit would return to Philadelphia when my father was honorably discharged from the marines to be around a family support network.

8. My father returned from Beirut an aggressive, low motivated, hypervigilant man and the breakdown of my parent's relationship began.

9. My father became reliant on drugs and alcohol to get him through his days and this impacted heavily on my parent's relationship. He domestically abused my mother and was often violent in front of my brother and me.

10. He was also aggressive towards us children and needed to control our environment and what we did in it. This is when it became too much for my mother. We were all scared of the man he had become – to me, I was scared of the only man I knew.

11. I believe that healthy, secure attachments with our caregivers are vital to our experience of all other relationships. My relationship with my father was seriously disrupted and damaged due to the PTSD (which then was undiagnosed) that he suffered.

12. I also believe that the sense of rejection I felt from my father's lack of effort in our life has played heavily into my own experience of poor self-image and feeds my internal self-doubt.

13. In 1986 my mother decided to make a run for it. She took us on a "get away" from my father out of the country to see our maternal grandmother in England and we never returned. My mother always said that she did it to protect us from him and that he would have never let us leave if she told him the truth.

Doc ID: 8c01f4610ef649af49eb6aa3cc31023db3ac0f51

14. Before my father left for Beirut, it appeared that my parents were generally happy, they had a home, their friends and family network were strong, and they both enjoyed their work and lives. I also understand my father was a calm, motivated and hardworking loving father and husband. When he returned, he was none of those things and my parents' marriage and our family unit began to breakdown.

15. Growing up, I lived with constant disappointment from my father. I used to wish that he would send me a birthday card on time to show that he remembered me. Sometimes it would come late, and others not at all. I would instantly rip it up and bin it. I didn't have the words to describe the disappointment that I felt but every birthday - even now, I still remember it and feel the loss of those years.

16. I went on to university and trained (to Masters level) to be a Drama Therapist. I spent 5 years in therapy and a lot of the work has been on self-image, dealing with early year's trauma and understanding myself in relation to others. Without this psychological input I don't believe I would as healthy in my mind as I am today.

17. I have spent many years psychologically splitting off parts of myself – mainly anything to do with America and being American. I am currently learning through my personal therapy (psychodynamic counseling) ways to deal with this. I am now aware that as a child, I was trying to control the rejection that I felt by my father. I am learning to embrace my dual heritage and am proud of being a mix of races.

18. I was 15 years old when I first reconnected with my family in the USA. I went to visit my paternal grandmother – my father was also living at her house at the time. I remember having strong anxieties about the visit but these were heightened to new levels when I was there. I was paranoid and felt unsafe, an overriding fear was 'what if he revengefully wanted to kill me?' I did not have any 'secure base' and the psychological damage of being distanced from my father had most certainly impacted

the way I trusted him and the way in which we related to each other. Had it not been for the love and sustained contact from my paternal grandmother, I believe that I would never have had the opportunity to form the positive relationship that I have developed over the years with my father today. I began to have regular communications and some interactions with my father. My father eventually sought psychological help himself for his issues and he has been diagnosed with PTSD, which has helped us in our relationship.

19. As a result of this situation, I am settled in the United Kingdom with a growing family and the whole paternal side of my family are hundreds of miles away. Since 15 I have paid for my flights to and from the USA because my Dad has not had the money to support those trips but for my child to grow up understanding her full heritage and build relations with my extended family we will always need to fly to see each other. A few years ago, my paternal grandmother passed away and this was a difficult and painful thing to have to consider – sadly resulting in me not being able to go to her funeral to pay my respects.

20. The bombing, and my father's injuries resulting from it, has throughout my life caused severe emotional damage.

**I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THIS DECLARATION IS TRUE AND CORRECT.**

12 / 21 / 2020
_____
Date

*Chyla Young*
_____
Chyla D. Young

Doc ID: 8c01f4610ef649af49eb6aa3cc31023db3ac0f51