# EXHIBIT C

# Peter Edison
# Person Centred Counsellor

11 Somerville Court
Cirencester GL7 1TG

**ISIAH YOUNG**

Mr Young has asked me to confirm that he underwent extensive counselling with me in recent years and record a particular strand of our conversations.

I first met Isiah in early 2014 when his then employer funded 30 or so counselling sessions.  In late 2015 until February 2017 he resumed counselling with me on a private basis when we had a further three dozen or so sessions.

As with all clients who come to therapy, a significant amount of our time together was spent covering childhood and adolescent issues, in his case particularly the influence of and relationships with his parents.  In Isiah's case the strong bond was with his mother, and the relationship with his father was more fractured, distant and limited.  His father's absence, strict manner and aggressive behaviours all came after he returned form serving in Beirut Lebanon. These are the particular points I recall from our sessions, all of which affected Isiah's development from a child and into manhood.

Isiah is aware of the content of this note and has agreed to waive confidentiality for the specific need he is currently addressing.

Peter Edison MBACP

26 February 2022

counsellorpeter@protonmail.com                                                                    07977271620