UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN AYRES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, <br><br> Defendant. | Case No.: 1:18-cv-00265 (RCL) |

## AMENDED ORDER AND JUDGMENT

In accordance with the Amended Memorandum Opinion issued this date, it is hereby,

**ORDERED** that final judgment is entered in favor of all plaintiffs and against defendant; it is furthermore,

**ORDERED** that plaintiffs are awarded $73,306,625.00 in compensatory damages and $252,174,790.00 in punitive damages, for a total award of $325,481,415.00, to be distributed as follows:

| Plaintiff | Pain & Suffering | Solatium | Economic | Punitive |
|---|---|---|---|---|
| Kevin R. Ayres | $750,000.00 | | $1,519,630.00 | $7,807,527.20 |
| Carl D. Cronin | $1,500,000.00 | | $2,352,115.00 | $13,251,275.60 |
| Dwayne N. Hall | $1,500,000.00 | | $1,832,717.00 | $11,464,546.48 |
| Sandra Lee Hammond | | $2,500,000.00 | | $8,600,000.00 |
| Warner Lee Haynes | $1,500,000.00 | | $2,286,859.00 | $13,026,794.96 |
| Amanda Lee Smith | | $750,000.00 | | $2,580,000.00 |
| Russell R. Jarvis | $1,500,000.00 | | $1,389,767.00 | $9,940,798.48 |
| Michael W. Kelley | $1,500,000.00 | | | $5,160,000.00 |
| Ernest D. Kelley | | $850,000.00 | | $2,924,000.00 |
| Ruth D. Kelley | | $850,000.00 | | $2,924,000.00 |
| Dennis R. Kelley | | $500,000.00 | | $1,720,000.00 |

| Plaintiff | Pain & Suffering | Solatium | Economic | Punitive |
|---|---|---|---|---|
| Teresa D. Cearley | | $500,000.00 | | $1,720,000.00 |
| Lisa A. Fletcher | | $500,000.00 | | $1,720,000.00 |
| William C. Kilgore, Jr. | $2,000,000.00 | | $2,633,432.00 | $15,939,006.08 |
| Myron A. Kyle | $0.00 | | $0.00 | $0.00 |
| Gary G. Lewis | $2,000,000.00 | | $1,070,743.00 | $10,563,355.92 |
| Deborah Lee Marshall | | $1,000,000.00 | | $3,440,000.00 |
| Estate of Jack Lee Martin | | | $1,003,650.00 | $3,452,556.00 |
| James N. Martin Sr. | | $5,000,000.00 | | $17,200,000.00 |
| Linda L. Martin | | $5,000,000.00 | | $17,200,000.00 |
| James N. Martin Jr. | | $2,500,000.00 | | $8,600,000.00 |
| Joe Carroll Martin | | $2,500,000.00 | | $8,600,000.00 |
| Jeb Scott Martin | | $2,500,000.00 | | $8,600,000.00 |
| Jill Barton | | $2,500,000.00 | | $8,600,000.00 |
| Stacey T. McGinnis | $1,500,000.00 | | $2,412,704.00 | $13,459,701.76 |
| Charles R. Ogle | $2,000,000.00 | | | $6,880,000.00 |
| Melanie A. Ogle | | $1,320,000.00 | | $4,540,800.00 |
| Michael B. Oross | $2,000,000.00 | | | $6,880,000.00 |
| Megunah B. Qehath | $750,000.00 | | $1,893,424.00 | $9,093,378.56 |
| Eugene Smith | $2,000,000.00 | | $1,351,262.00 | $11,528,341.28 |
| Brian M. Teek | $1,500,000.00 | | $1,040,322.00 | $8,738,707.68 |
| Virgil T. Young, Jr. | $1,500,000.00 | | | $5,160,000.00 |
| Isiah J. Young | | $150,000.00 | | $516,000.00 |
| Chyla D. Young | | $100,000.00 | | $344,000.00 |
| TOTAL | $23,500,000.00 | $29,020,000.00 | $20,786,625.00 | $252,174,790.00 |

It is furthermore,

**ORDERED** that defendant shall be liable for the entire amount; it is further,

**ORDERED** that plaintiffs shall forthwith, at their own expense and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Amended Order and Judgment, and the Amended Memorandum Opinion issued this date to defendant.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

It is **SO ORDERED.**

DATE: May 3, 2022

Royce C. Lamberth
United States District Court for the
District of Columbia